THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FERNANDES,   Case No. CV 09-2969 PJH

        Plaintiff,   STIPULATION OF DISMISSAL; ORDER

v.

DARWISH and PAULA ABU-GHABEN,

        Defendants.
_____/

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future. The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. The parties request the Court to retain jurisdiction in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994). The parties also request the Court to retain jurisdiction to re-open this Action to the extent that issues are raised if Defendants are unable to

obtain governmental permission to perform the agreed work.

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction (1) to enforce the terms of the Settlement Agreement and (2) to re-open this Action to the extent that issues are raised by the inability of Defendants to obtain governmental permission to perform the agreed work.

Date:  December 9, 2009

Date:  December 28, 2009

S/Darwish Abu-Ghaben,
Defendant

S/Thomas N. Stewart, III,
Attorney for Plaintiff

Date: December 9, 2009

S/Paula Abu-Ghaben,
Defendant

IT IS SO ORDERED:

Date:  1/4/10



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV  09-2969 PJH

2